**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>GGW BRANDS, LLC, *et al.*<br><br>      Debtors.<br>———————————————<br>ARGYLE ONLINE, LLC,<br><br>      Appellant, Plaintiff,<br>      Counterclaim Defendant, and<br>      Third-Party Defendant,<br><br>    v.<br><br>R. TODD NEILSON, solely in his capacity as chapter 11 trustee of GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC and GGW Magazine, LLC,<br><br>      Appellee, Defendant,<br>      Counterclaimant, and Third-<br>      Party Plaintiff.<br><br>*[caption continued]* | District Court Case No: 2:13-CV-07666-ABC<br><br>Bankruptcy Court Case No. 2:13-bk-15130-SK<br><br>Adv. Proc. No. 2:13-ap-1552-SK<br><br>**[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION FOR EXPEDITED RULING ON APPEAL FROM BANKRUPTCY COURT'S GRANTING OF FINAL JUDGMENT** |

R. TODD NEILSON, solely in his capacity as chapter 11 trustee of GGW Brands, LLC, GGW Direct, LLC, GGW Events, LLC and GGW Magazine, LLC;

    Appellee, Defendant, Counterclaimant, and Third-Party Plaintiff,

-and-

GGW MARKETING, LLC,

    Appellee, Third-Party Plaintiff,

v.

PATH MEDIA HOLDINGS, LLC; JOSEPH R. FRANCIS; ARGYLE MEDIA SALES, LLC; and FAB FILMS, LLC,

    Appellants, Third-Party Defendants,

-and-

ARGYLE ONLINE, LLC,

    Appellants, Plaintiff, Counterclaim Defendant, and Third-Party Defendant.

Before this Court is the ex parte application by Appellants ARGYLE ONLINE, LLC ("ARGYLE ONLINE"), PATH MEDIA HOLDINGS, LLC ("PATH MEDIA"), JOSEPH R. FRANCIS ("FRANCIS"), ARGYLE MEDIA SALES, LLC ("ARGYLE MEDIA"), AND FAB FILMS, LLC ("FAB FILMS") (collectively, the "Appellants") for an expedited ruling on the present Appeal.

Having read and considered all papers filed in connection to the Application, the Court rules as follows:

1   IT IS HEREBY ORDERED THAT the Application is GRANTED.

2   DATED: February 27, 2014

**DENIED**
BY ORDER OF THE COURT
_____
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

-3-
**[PROPOSED ORDER]**